To the Honorable Court of the Southern District of Texas, Houston Division:

I am Charles Hoffpauir, and this is my pro se civil complaint for employment discrimination against Alight Solutions LLC.

The documents contained in the pro se complaint packet are:

- JS-044 Civil Cover Sheet,
- Pro Se 7 Complaint for Employment Discrimination,
- Civil Complaint Facts (written like the Pro Se 7 Complaint form), and
- EEOC Right to Sue Letter

If there are any questions or concerns, please feel free to contact me.

Charles Hoffpauir

Email: Choff26@icloud.com

Cell: (281) 520-5533

Address: 519 Northwood Dr

Conroe, TX 77303