*PRESS FIRMLY TO SEAL*

*PRESS FIRMLY TO SEAL*

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.

## FOR DOMESTIC AND INTERNATIONAL USE
## PLACE MAILING LABEL HERE

- Guaranteed deli
- Guaranteed deli
- USPS Tracking
  and many inter
- Pick up availab
- Domestic shipm
  (restrictions ap
- Signature inclu

\* Money Back Guarante
  select International de
  See DMM and IMM at

\*\* Insurance does not co
  claims exclusions see
  *http://pe.usps.com.*

\+ Money Back Guarant

WHEN USED INTERNATIONAL



UNITED STATES POSTAL SERVICE.                          *Retail*

**E**   US POSTAGE PAID
        **$35.90**   Origin: 77301
                      05/23/26
                      4819750301-21

**PRIORITY MAIL EXPRESS®**

CHARLES HOFFPAUIR                0 Lb 5.40 Oz
519 NORTHWOOD DR
CONROE TX 77303-1758             **RDC 07**

SCHEDULED DELIVERY DAY: 05/26/26 06:00 PM

SHIP
TO:
   US DISTRICT COURT
                        515 RUSK ST # 5300
                        HOUSTON TX 77002

**USPS TRACKING® #**

9570 1134 8401 6143 8577 48

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.