

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Plaintiff Charles Douglas Hoffpauir submits the following list of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

- Charles Douglas Hoffpauir – Plaintiff.
- Alight Solutions, LLC – Defendant.
- Alight, Inc. (NYSE: ALIT) – Parent corporation of Defendant; publicly traded.

Plaintiff is unaware of any additional persons or entities with a financial interest in the outcome of this litigation. Plaintiff will promptly file an amended certificate if additional interested parties become known.

Respectfully submitted,

Charles Douglas Hoffpauir

519 Northwood Dr

Conroe, TX 77303

(281) 520-5533

United States Courts
Southern District of Texas
FILED

JUN 18 2026

Nathan Ochsner, Clerk of Court

**June 14, 2026**

Clerk of Court

United States District Court

Southern District of Texas

Houston Division

515 Rusk Street

Houston, TX 77002

Re: **Hoffpauir v. Alight Solutions, LLC**, Civil Action No. 4:26-cv-04191

**Filing of Certificate of Interested Parties**

To the Honorable Clerk of Court:

Enclosed for filing in the above-referenced matter is Plaintiff's **Certificate of Interested Parties**, submitted pursuant to the Court's *Order for Conference and Disclosure of Interested Parties* dated May 29, 2026 and received June 3, 2026.

Please file this document on the docket at your earliest convenience. Should the Court require any additional information, I am available at the contact information below.

Respectfully,

**Charles Douglas Hoffpauir**

519 Northwood Dr

Conroe, TX 77303

(281) 520-5533