United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES DOUGLAS HOFFPAUIR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:26-cv-04191 |
| | § | |
| ALIGHT SOLUTIONS | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant Alight Solutions motion to extend time to file its motion to dismiss (ECF No. 8) is **GRANTED**. It is therefore;

**ORDERED** Defendant Alight Solutions deadline to file its motion to dismiss Plaintiff's complaint is August 31, 2026.

Signed at Houston, Texas, on this 3rd day of August, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

181128262.1