IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES DOUGLAS HOFFPAUIR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:26-cv-04191 |
| | § | |
| ALIGHT SOLUTIONS, LLC | § | |
| | § | |
| Defendant. | § | |

ALIGHT SOLUTIONS, LLC DISCLOSURE OF INTERESTED PARTIES

Alight Solutions, identifies the following interested parties:

1. Charles Douglas Hoffpauir, Plaintiff
2. Alight Solutions, LLC Defendant

Respectfully submitted,

*/s/ William S. Helfand*
William S. Helfand
Attorney-In-Charge
S.D. Tex. Bar No. 8791
Tamera L. Canal
S.D. Tex. Bar No. 3980464

OF COUNSEL:

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (Fax)
Attorneys for Defendant
Alight Solutions, LLC

181544600.1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the counsel of record in accordance with the District's ECF service rules on August 12, 2026.

*/s/William S. Helfand*
William S. Helfand