United States District Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES DOUGLAS HOFFPAUIR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:26-cv-04191 |
| | § | |
| ALIGHT SOLUTIONS | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant Alight Solutions Unopposed Motion to Extend Time to File Responsive Pleading (ECF No. 11) is **GRANTED**. It is therefore **ORDERED** Defendant Alight Solution's deadline to file responsive pleading to Plaintiff's complaint is September 14, 2026.

**SIGNED** at Houston Texas, on this 26th day of August, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE