UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES DOUGLAS HOFFPAUIR | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:26-CV-04191 |
| | § | |
| ALIGHT SOLUTIONS, LLC | § | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE DEFENDANT'S REPLY**

Defendant requests an extension of time to file its reply to Plaintiff's response to Defendant's motion to dismiss until October 26, 2026.

CERTIFICATE OF CONFERENCE

1. On October 7, 2026, counsel for Defendant conferred with Plaintiff regarding the requested extension. Plaintiff is unopposed to the relief sought by this motion.

FACTS

2. On October 6, 2026, Plaintiff served Plaintiff's response to Defendant's motion to dismiss. In accordance with the local rules of the Southern District of Texas (7.4), Defendant's reply is due Tuesday, October 13, 2026. Alight Solutions seeks an extension until October 26, 2026, to file its reply.

GROUNDS FOR EXTENSION

3. This Court may enlarge the deadline by which Alight Solutions is required to serve a reply under Fed. R. Civ. P. 6(b).

4. Alight Solutions requests additional time to file their reply because counsel for Alight Solutions will be in trial in the matter styled *Jamilah Way v. City of Missouri City*, Civil Action No. 4:22-CV-539, United States District Court for the Southern District of Texas, Houston

Division, Judge Alfred H. Bennett presiding, during the two week trial period beginning October 5, 2026.

5. Alight Solutions requests this extension in the interest of justice and not for the purpose of delay.

6. The extension requested will not unfairly prejudice any party.

PRAYER

7. Defendant pray the Court extend the deadline for Defendant to file its reply in support of Defendant's motion to dismiss until October 26, 2026.

Respectfully submitted,

/s/ *William S. Helfand*
William S. Helfand
Attorney-in-Charge
State Bar of Texas No. 09388250
S.D. Texas No. 8791
Bill.Helfand@lewisbrisbois.com
Tamera L. Canal
State Bar of Texas No. 24148860
S.D. Texas. No. 3980464
Tamera.Canal@lewisbrisbois.com

OF COUNSEL:

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (Fax)

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been forwarded to Plaintiff, pro se, via e-mail and certified mail on October 8, 2026, in accordance with the District's ECF service rules.

/s/*Williams S. Helfand*
William S. Helfand