United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES DOUGLAS HOFFPAUIR | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:26-CV-04191 |
| | § | |
| ALIGHT SOLUTIONS, LLC | § | |

# ORDER

Defendant's motion to extend time to file its reply in support of its motion to dismiss is **GRANTED**. It is therefore,

**ORDERED** Defendant deadline to file Defendant's reply to Plaintiff's response to Defendant's motion to dismiss is October 26, 2026.

**SIGNED** at Houston, Texas on this 8th day of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE